**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa A. Pellegrino<br>Frank J. Pellegrino | CHAPTER 13<br><br>BKY. NO. 19-15611 ELF |
| <u>Debtors</u> | |

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

    Kindly enter my appearance on behalf of ABS REO Trust V and index same on the master mailing list.

                  Respectfully submitted,
                  **/s/ Kevin G. McDonald, Esq.**
                  Kevin G. McDonald, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322