United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank J Pellegrino  
Lisa A Pellegrino  
      Debtors

Case No. 19-15611-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jan 17, 2020  
                              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
14409031       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Joint Debtor Lisa A Pellegrino brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Debtor Frank J Pellegrino brad@sadeklaw.com, bradsadek@gmail.com  
        KEVIN G. MCDONALD   on behalf of Creditor   ABS REO Trust V bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                               TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15611-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank J Pellegrino
406 Stratford Road
Glenolden PA 19036

Lisa A Pellegrino
406 Stratford Road
Glenolden PA 19036

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

LSRMF MH Master Participation Trust II
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/19/20

Tim McGrath
**CLERK OF THE COURT**