*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Frank J Pellegrino and Lisa A Pellegrino

Debtor(s)

Case No: 19−15611−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 406 Stratford Road, Glenolden, PA 19036. Fee Amount $181.00, Filed by ABS REO Trust V Represented by REBECCA ANN SOLARZ

on: 3/10/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/26/20

Timothy B. McGrath
Clerk of Court

38 − 35
Form 167