```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-15611-elf
Frank J Pellegrino                                            Chapter 13
Lisa A Pellegrino
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Pamela              Page 1 of 1      Date Rcvd: Feb 26, 2020
                              Form ID: 167              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
```
db/jdb       +Frank J Pellegrino,    Lisa A Pellegrino,    406 Stratford Road,    Glenolden, PA 19036-1640
cr           +LSRMF MH Master Participation Trust II,    Caliber Home Loans, Inc,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
               Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Joint Debtor Lisa A Pellegrino brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Frank J Pellegrino brad@sadeklaw.com,   bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Frank J Pellegrino and Lisa A Pellegrino
    Debtor(s)

Case No: 19−15611−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 406 Stratford Road, Glenolden, PA 19036. Fee Amount $181.00, Filed by ABS REO Trust V Represented by REBECCA ANN SOLARZ

on: 3/10/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/26/20

Timothy B. McGrath
Clerk of Court

38 − 35
Form 167