IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Frank J Pellegrino | : | Chapter 13 |
| Lisa A Pellegrino | : | |
| | : | Case No.  19-15611ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 40.

Dated: <u>April 6, 2020</u>                                       <u>/s/ Brad J. Sadek, Esquire</u>
                                                                 Brad J. Sadek, Esquire
                                                                 Sadek and Cooper
                                                                  1315 Walnut Street, Suite 502
                                                                 Philadelphia, PA 19107
                                                                 215-545-0008