United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank J Pellegrino  
Lisa A Pellegrino  
    Debtors

Case No. 19-15611-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 10, 2020  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.  
db/jdb       +Frank J Pellegrino,    Lisa A Pellegrino,    406 Stratford Road,    Glenolden, PA 19036-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:  
        BRAD J. SADEK    on behalf of Joint Debtor Lisa A Pellegrino brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK    on behalf of Debtor Frank J Pellegrino brad@sadeklaw.com,  bradsadek@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    ABS REO Trust V bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    FRANK J. PELLEGRINO | : | |
|    LISA A. PELLEGRINO, | : | |
|               Debtors | : | Bky. No.   19-15611 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #42 ) is **APPROVED**.

**Date: April 9, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**