### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| Frank J Pellegrino | : | |
| Lisa A Pellegrino | : | Case No.: 19-15611-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

Dated: October 24, 2024            /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek Law Offices, LLC
                                    1500 JFK Boulevard, Suite #220
                                    Philadelphia, PA 19102
                                    brad@sadeklaw.com
                                    215-545-0008