IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Frank J Pellegrino | : | Chapter 13 |
|     Lisa A Pellegrino | : | Case No.: 19-15611-PMM |
|         Debtor(s) | : | |

**O R D E R**

    **AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,200.00.

**Dated:** 10/25/24

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE