United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15611-pmm |
| Frank J Pellegrino | Chapter 13 |
| Lisa A Pellegrino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank J Pellegrino, Lisa A Pellegrino, 406 Stratford Road, Glenolden, PA 19036-1640 |
| 14391813 | + | ABS REO Trust V, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14453515 | + | LSRMF MH Master Participation Trust II, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14391812 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14385934 | #+ | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14767748 | + | US Bank Trust National Association, soley as Trustee of LSRMF MH Master, Participation Trust II, c/o Steven K. Eisenberg, Esq., 1581 Main St., Ste 200 Warrington, PA 18976-3403 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14419959 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2024 00:18:00 | ABAS REO Trust V, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14385924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 00:19:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14404782 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2024 00:18:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14415766 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 00:30:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14385925 | + | Email/Text: bankruptcy@cavps.com | Nov 19 2024 00:18:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14395445 | + | Email/Text: bankruptcy@cavps.com | Nov 19 2024 00:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14385927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 00:18:56 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14426210 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 00:19:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14385928 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 19 2024 00:18:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14385929 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 19 2024 00:19:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14385926 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Nov 19 2024 00:19:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14399886 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Nov 19 2024 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14385930 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 19 2024 00:18:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14418402 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 19 2024 00:18:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14385931 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Nov 19 2024 00:18:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14409031 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Nov 19 2024 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14385932 | + | Email/PDF: cbp@omf.com | | |
| | | | Nov 19 2024 00:19:46 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14413387 | + | Email/PDF: cbp@omf.com | | |
| | | | Nov 19 2024 00:18:53 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14420097 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 19 2024 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14385933 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Nov 19 2024 00:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14602080 | ^ | MEBN | | |
| | | | Nov 19 2024 00:08:00 | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14385935 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 19 2024 00:18:54 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14416600 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 19 2024 00:19:47 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 18, 2024 | Form ID: 138OBJ | Total Noticed: 31

Date: Nov 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Joint Debtor Lisa A Pellegrino brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Frank J Pellegrino brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor ABS REO Trust V bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LSRMF MH Master Participation Trust II mimcgowan@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 71 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Frank J Pellegrino<br><br>  Lisa A Pellegrino<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15611−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 18, 2024                                For The Court

Timothy B. McGrath
Clerk of Court